USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION,
as Indenture Trustee,

        Interpleader Plaintiff,

        v.

BARCLAYS BANK PLC; THE BANK OF
NEW YORK MELLON; MBIA INSURANCE
CORPORATION; and ANGELO, GORDON
& CO., L.P.,

        Interpleader Defendants.

---------------------------------------------------------------X

Index No. 11 CIV 9199 (WHP)

## STIPULATION AND [REDACTED] ORDER

WHEREAS, Interpleader-Plaintiff U.S. Bank National Association filed this action (the "Action") on December 15, 2011; and

WHEREAS, Interpleader-Defendants Barclays Bank Plc ("Barclays"), the Bank of New York Mellon, MBIA Insurance Corporation, and Angelo, Gordon & Co., L.P. have all filed answers in this Action; and

WHEREAS, on March 1, 2012, Barclays moved for summary judgment in the Action (the "Summary Judgment Motion"); and

WHEREAS, on March 23, 2012, the Court ordered (i) that the Summary Judgment Motion be denied without prejudice; and (ii) that all discovery in connection with the Action be completed by August 15, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, as follows:

1. Document production by the parties in response to document requests served on or before April 11, 2012 shall proceed expeditiously, on a rolling basis, and shall be substantially completed by May 25, 2012;

2. Additional document requests may only be served until April 16, 2012, except as to categories of documents (i) first identified in depositions, or (ii) related to produced documents, to the extent not already requested; production of any documents first sought after April 11, 2012 shall proceed expeditiously, on a rolling basis, and shall be substantially completed within 45 days of the request.

3. Documents produced by a party in response to a document request shall be simultaneously produced to all other parties;

4. Fact discovery in this Action shall conclude on June 29, 2012;

5. The parties shall make any disclosures required by Federal Rule of Civil Procedure 26(a)(2) with respect to any expert witnesses on July 2, 2012 and shall produce any documents relied upon by such expert witnesses (if not previously produced) by July 3, 2012;

6. The parties shall make any disclosures required by Federal Rule of Civil Procedure 26(a)(2) with respect to expert witnesses intended solely to contradict or rebut evidence on the same subject matter identified by another party in its disclosures provided under Paragraph 5 hereof on August 1, 2012 and shall produce any documents relied upon by such expert witnesses (if not previously produced) by August 3, 2012;

7. Expert discovery in this Action shall conclude on August 15, 2012;

8. Simultaneously with any party's service of an expert report pursuant to Paragraph 5 hereof, the serving party shall provide at least two business dates between July 16 and July 20 on which the serving party will make the expert witness available for a deposition in New York City, New York;

9. Simultaneously with any party's service of a rebuttal expert report pursuant to Paragraph 6 hereof, the serving party shall provide at least two business dates between August 8 and August 15 on which the serving party will make the rebuttal expert witness available for a deposition in New York City, New York; and

10. Any of the deadlines set forth above other than the deadline to complete all discovery by August 15, 2012 may be amended by agreement of the parties or by order of the Court for good cause shown.

Dated: New York, New York
April 23, 2012

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.   4/23/12

*[signature]*
Dale C. Christensen, Jr.
Brian P. Maloney
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200 (v)
(212) 480-8421 (f)
*Attorneys for The Bank of New York Mellon*

*[signature]*
Richard L. Levine
Michael J. Firestone
Layne S.R. Behrens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (v)
(212) 310-8007 (f)
*Attorneys for MBIA Insurance Corporation*

*[signature]*
Jay B. Kasner
Christopher P. Malloy
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (v)
(917) 777-3792 (f)
*Attorneys for Barclays Bank PLC*

*[signature]*
Robert H. Pees
Christopher W. Carty
Ryan J. Donohue
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (v)
(212) 872-1002 (f)
*Attorneys for Angelo, Gordon & Co., L.P.*

*[signature]*
Jayant W. Tambe
Todd R. Geremia
JONES DAY
222 East 41st St.
New York, NY 10017
(212) 326-3939 (v)
(212) 755-7306 (f)
*Attorneys for U.S. Bank National Association*

Dale C. Christensen, Jr.
Brian P. Maloney
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200 (v)
(212) 480-8421 (f)
*Attorneys for The Bank of New York Mellon*

Richard L. Levine
Michael J. Firestone
Layne S.R. Behrens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (v)
(212) 310-8007 (f)
*Attorneys for MBIA Insurance Corporation*

Jay B. Kasner
Christopher P. Malloy
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000 (v)
(917) 777-3792 (f)
*Attorneys for Barclays Bank PLC*

Robert H. Pees
Christopher W. Carty
Ryan J. Donohue
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (v)
(212) 872-1002 (f)
*Attorneys for Angelo, Gordon & Co., L.P.*

Jayant W. Tambe
Todd R. Geremia
JONES DAY
222 East 41st St.
New York, NY 10017
(212) 326-3939 (v)
(212) 755-7306 (f)
*Attorneys for U.S. Bank National Association*