**MEMO ENDORSED**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917) 777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/12

August 17, 2012

**By Hand Delivery**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1312

RECEIVED
AUG 2 0 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

> RE:  U.S. Bank National Association, as Indenture Trustee,
>      v. Barclays Bank PLC et al, No. 11 Civ. 9199 (WHP)

Dear Judge Pauley:

In accordance with Your Honor's Individual Practices, we write on behalf of counsel in the above-referenced action to request an extension of the date by which all expert discovery in the above-captioned action is to be completed from August 24, 2012 to August 31, 2012. The parties have agreed to extend the deadline for rebuttal expert disclosures from August 16, 2012 to August 21, 2012. In order to permit all parties sufficient time to prepare for depositions of rebuttal experts, the parties have agreed to conduct depositions of rebuttal experts during the week of August 27, 2012, with some flexibility for potential conflicts with vacation schedules to conduct rebuttal depositions during the first week of September if necessary. Pursuant to paragraph 12 of the Amended Scheduling Stipulation and Order, so ordered by Your Honor on June 21, 2012, the August 24, 2012 deadline for completion of expert discovery may be amended by order of the Court for good cause shown.

We emphasize that no other deadlines will be affected by this extension. Fact discovery in this action has been completed. Additionally, initial expert witness disclosures and depositions of those experts have been completed. The only portions of discovery not yet completed are rebuttal expert disclosures and depositions of rebuttal expert witness. Your Honor previously granted the parties'

Judge Pauley
August 17, 2012
Page 2

request to extend the deadline for completion of expert discovery from August 15, 2012 to August 24, 2012.

All counsel greatly appreciate Your Honor's attention to this matter.

Respectfully,

Christopher P. Malloy

cc:   All Counsel (via e-mail)

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/20/12