Jay B. Kasner
Christopher P. Malloy
Michael H. Gruenglas
Julie E. Cohen
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

*Attorneys for Interpleader Defendant
  Barclays Bank PLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,  : <br> as Indenture Trustee, <br>  : <br> Interpleader Plaintiff,  : <br>  : <br> - against -  : <br>  : <br> BARCLAYS BANK PLC; THE BANK OF <br> NEW YORK MELLON; MBIA INSURANCE  : <br> CORPORATION; and ANGELO, GORDON & <br> CO., L.P.,  : <br>  : <br> Interpleader Defendants.  : | 11-CV-9199 (WHP) <br><br> **ECF Case** <br><br> **Electronically Filed** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF CHRISTOPHER P. MALLOY IN SUPPORT OF
THE MOTION FOR SUMMARY JUDGMENT OF
<u>INTERPLEADER DEFENDANT BARCLAYS BANK PLC</u>**

Christopher P. Malloy, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for interpleader defendant Barclays Bank PLC ("Barclays"). I submit this declaration in support of Barclay's Motion for Summary Judgment, and to transmit

true and accurate copies of the following documents referenced in Barclays' Memorandum of Law in Support of the Motion and the accompanying Local Rule 56.1 Statement of Undisputed Facts.

2. Attached as Exhibits A through L are true and correct copies of the following documents:

| Exhibit | Description | Referenced in Paragraph of 56.1 | Referenced on Page of the Memorandum of Law |
|---|---|---|---|
| A | Excerpts of the Deposition of Caroline Platt, dated July 12, 2012 | 12 | 15, 17-18 |
| B | Excerpts of the Deposition of Gene Phillips, dated June 18, 2012 | N/A | 25 |
| C | Excerpts of the Deposition of Ethan B. Cohen-Cole, dated August 9, 2012 | N/A | 11 |
| D | Excerpts of the Deposition of Adam Jacobs, dated June 29, 2012 | 2, 16, 25, 30 | 9 |
| E | Excerpts of the Deposition of Andrew Solomon, dated July 20, 2012 | *passim* | 8, 22 |
| F | Excerpts of the Deposition of Daniel I. Castro, dated August 10, 2012 | 149, 154 | 14, 16, 18 |
| G | Expert Report of Ethan B. Cohen-Cole, Ph.D., dated July 24, 2012, as corrected August 8, 2012 | N/A | 11 |
| H | Supplement to the Expert Report of Ethan B. Cohen-Cole, Ph.D. | N/A | 11 |
| I | Expert Report of Daniel I. Castro, Jr., dated July 24, 2012 | N/A | 15 |
| J | Expert Report of Ira Wagner, dated August 21, 2012 | N/A | 13 |
| K | GSC CDO 2007-1R Ltd. Indenture (BARC0024442-655) | N/A | 16 |
| L | 3/21/2012 Joint Letter | N/A | 15, 20-21 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2012.

        _Christopher P. Malloy_     
        Christopher P. Malloy