# EXHIBIT B

1

1

2    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

3    Civil Action 11 CIV 9199

4

     U.S. BANK NATIONAL        :

5    ASSOCIATION, as           :

     Indenture Trustee         :

6                              :

            Plaintiff,          :

7                              :

        vs.                    :

8                              :

     BARCLAYS BANK PLC,         :      DEPOSITION OF:

9    THE BANK OF NEW YORK       :

     MELLON, MBIA               :      DANIEL I. CASTRO, JR.

10   INSURANCE CORPORATION      :

     and ANGELO GORDON &        :

11   COMPANY, L.P.,             :

                               :

12          Defendants.         :

13   - - - - - - - - - - - - - -

14                   ****CONFIDENTIAL****

15          TRANSCRIPT of the stenographic notes

16   of the proceedings in the above-entitled

17   matter, as taken by and before

18   CAROLYN CHEVANCE, a Shorthand Reporter, and

19   Notary Public of the State of New Jersey, held

20   at the office of SKADDEN ARPS, 4 Times Square,

21   New York, New York, on August 10, 2012,

22   commencing at 9:36 a.m.

23

24

25

142

DANIEL I. CASTRO, JR.

1
2          If the collateral administrator
3    negligently prepares a payment report that
4    reflects a hundred million dollar under
5    payment to the A-one shareholders, can that
6    trigger an event of default under section
7    5.1c?
8          A    I don't know that a dollar
9    amount in your example, in your question,
10   matters whether it is a hundred million,
11   million, or a single dollar but if there is
12   an alleged mistake, then that mistake is
13   suppose to be investigated and resolved, and
14   if it can't be resolved ultimately it may end
15   up in a litigation such as this.
16        Q    If there is an incorrectly
17   prepared payment report and the Trustee
18   ignores that incorrectly prepared payment
19   report and distributes payments in accordance
20   with the correct priority of payments under
21   Section 11.1, would that trigger an event of
22   default under section 5.1c?
23        A    Let me make sure I understand.
24   You are asking me if a Trustee received a
25   payment report that he believed was in error

143

DANIEL I. CASTRO, JR.

1
2    and he didn't follow it.
3          Q    Yes.
4          A    You are asking me if that would
5    be -- that might be.  I think the point of
6    5.1c is to make sure that the Trustee doesn't
7    -- does in fact follow the payment report.
8          Q    So even if the Trustee pays in
9    accordance with the waterfall that can still
10   trigger an event of default under 5.1c if he
11   doesn't to the follow the payment report; is
12   that correct?
13        A    I believe that 5.1c goes to the
14   Trustee following the payment report plain
15   and simple.  Plain and simple.  However is it
16   drafted here, that is the intent of it.
17        Q    I'm going to ask the same
18   question again, I think you may have answered
19   it, but I'm looking for a yes or no?
20        A    So even if the Trustee pays in
21   accordance with the waterfall, that can still
22   trigger an event of default under 5.1c if he
23   doesn't follow the payment report; is that
24   correct.
25          Let me look at 5.1c.

144

DANIEL I. CASTRO, JR.

1
2          Q    Sure.
3          A    I'm sorry to ask you to repeat
4    again but I'm looking at at lot of material.
5          Q    Sure.
6          If there is an improperly
7    prepared payment report and the Trustee
8    ignores that improperly prepared payment
9    report, and instead pays in accordance with
10   the waterfall requirements of 11.1, can that
11   trigger an event of default under 5.1c?
12        MR. FIRESTONE:  Objection to
13   form.
14        A    My understanding as a long term
15   market participant, and being collateral
16   manager of them is that in all circumstances
17   the Trustee is required to follow the payment
18   report.
19          He does not have discretion not
20   to follow it.  If he disagrees with it he can
21   dispute it, he can argue it, he can try to
22   resolve it, but ultimately he must follow the
23   payment report and events of default in this
24   transaction, being 5.1c and another
25   transaction whatever section they may be, are

145

DANIEL I. CASTRO, JR.

1
2    there to ensure that the Trustee follows the
3    directions provided by the collateral
4    administrator in preparing that report.
5          I think that answers your
6    question.
7          Q    I'm not sure it does.  You are
8    an expert so all I'm trying to do is get a
9    yes or no answer as to whether an event of
10   default is triggered.
11          So I'm going to ask the question
12   again.
13        MR. GRUENGLAS:  You can direct
14   him not to answer if you'd like.
15        MR. FIRESTONE:  Asked and
16   answered.  He has answered the question.
17        Q    But my question is simply, if
18   there is an improperly prepared payment
19   report and the Trustee ignores that
20   improperly prepared payment report, and
21   instead pays in accordance with the waterfall
22   requirements of 11.1, can that trigger an
23   event of default under 5.1c?
24        MR. FIRESTONE:  Objection, asked
25   and answered.